USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/6/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FANTA FOFANA, for herself and all others similarly situated,

Plaintiff,

-against-

SHAKE SHACK ENTERPRISES, LLC,

Defendant.

26 Civ. 6950 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court is in receipt of Defendant's letter motion dated October 1, 2026 to hold the Mediation Referral Order for FLSA Cases in abeyance. *See* ECF No. 20. Plaintiff does not object. *See* ECF No. 21. Defendant's request is, therefore, GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 20 and to notify the Mediation Office that mediation of this matter shall be held in abeyance pending further instruction from the Court.

SO ORDERED.

Dated: October 6, 2026
New York, New York

ANALISA TORRES
United States District Judge