USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FANTA FOFANA, for herself and all others similarly situated,

Plaintiff,

-against-

SHAKE SHACK ENTERPRISES, LLC,

Defendant.

26 Civ. 6950 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendant's letter-motion dated October 7, 2026, and Plaintiff's response dated October 8, 2026. *See* ECF Nos. 23, 24. Defendant's request to file a motion to compel arbitration is GRANTED. The Court shall file a separate order referring the disputes regarding (1) arbitration and (2) Plaintiff's request for targeted discovery to the Honorable Valerie Figueredo.

SO ORDERED.

Dated: October 13, 2026
New York, New York

ANALISA TORRES
United States District Judge